# Court of Appeals
# of the State of Georgia

ATLANTA,  January 04, 2013

*The Court of Appeals hereby passes the following order:*

### A13A0687. J. W. THOMASON, INC. v. GOVERNOR'S TOWNE CLUB, INC., f/k/a GOVERNORS CLUB, INC.

J. W. Thomason, Inc., defendant and third-party plaintiff in the case below, has filed a notice of appeal from the trial court's order dismissing its third-party complaint against Governor's Town Club, Inc. We, however, we lack jurisdiction.

Although the dismissal order completely resolved the claims raised in the third-party complaint, other claims apparently remain pending before the trial court. Therefore, the order is interlocutory and, given the absence of an express determination by the trial court pursuant to OCGA § 9-11-54 (b), is not subject to direct appeal. See *Cohran v. Jones*, 160 Ga. App. 761 (2) (288 SE2d 80) (1981); see also *Johnson v. Hospital Corporation of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989). Because Thomason did follow the interlocutory appeal procedure, we lack jurisdiction and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 01/04/2013
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


  , *Clerk.*